## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA ROYER, an individual; and RICHARD TURNER, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>BAYTECH CORPORATION, *et al.*,<br><br>            Defendants. | 3:11-cv-00833-LRH-WGC<br><br>**MINUTES OF THE COURT**<br><br>June 27, 2012 |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiffs' second motion for additional extension of time to serve summons and complaint on three individually named Italian defendants: Claudio Carnevale, Stefano Landi and Landi Renzo S.p.A. (Doc. #22.) Plaintiffs state that these defendants are critical to the complete resolution of the dispute involving the plaintiffs (*id.* at 2). Plaintiffs represent that they have contacted counsel in Italy who is familiar with the process of using the Hague Convention to effect service, and are advised the process normally takes between 90 to 120 days (*id.* at 5). Plaintiffs seek an extension of one hundred twenty (120) days within which to effect service via the Hague Convention (*id.* at 6).

Good cause appearing, plaintiffs' motion (Doc. #22) is **<u>GRANTED</u>.** Plaintiffs shall have an additional one hundred twenty (120) days within which to effect service on the individually named Italian defendants.

**IT IS SO ORDERED.**

                                                                                LANCE S. WILSON, CLERK

                                                                                By:  <u>       /s/                              </u>

                                        Deputy Clerk